# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| ANGELIA CLARK | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| V. | ) | Case No. 7:23-cv-01392 |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANGELIA CLARK

Date: 10/05/2023

/s/ Frederick Messner
*Attorney's signature*

Frederick Messner N.C. Bar No. 60309
*Printed name and bar number*

1101 Connecticut Avenue Northwest, Suite 1100 Washington, DC 20036
*Address*

fred.messner@kellerpostman.com
*E-mail address*

(202) 983-5488
*Telephone number*

(312) 971-3502
*FAX number*