IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA SOUTHERN DIVISION
No. 7:23-cv-01392

ANGELIA CLARK,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.

NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted to practice in this Court, and I hereby enter my appearance on behalf of the Plaintiff in this matter. This appearance is made pursuant to Eastern District of North Carolina Local Civil Rule 83.1(d) and is made in association with the law firm Keller Postman LLC.

Respectfully submitted this 5TH day of October, 2023.

    The Dowling Firm PLLC

    /s/ W. Michael Dowling
    W. Michael Dowling
    Post Office Box 27843
    Raleigh, North Carolina 27611
    Telephone: (919) 529-3351
    Fax: (919) 529-3351
    mike@dowlingfirm.com
    State Bar No. 42790
    *LR 83.1(d) Counsel for Plaintiff*