# U.S. District Court

## North Carolina Eastern - Raleigh

**THIS IS A COPY**

Receipt Date: Oct 16, 2023 2:25PM

KELLER POSTMAN LLC
150 N RIVERSIDE PLZ STE 4100
CHICAGO, IL 60606

Rcpt. No: 500006656        Trans. Date: Oct 16, 2023 2:25PM        Cashier ID: #MB

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DNCE523OT000999 /001 ATTORNEY ADMISSIONS | 1 | 9400.00 | 9400.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #2057 | 10/13/2023 | | $9,400.00 |

Total Due Prior to Payment: $9,400.00

Total Tendered: $9,400.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: Zina Bash; cases(s): 7:23-cv-01285-FL, 7:23-cv-01286-BO-KS, 7:23-cv-01287-FL, 7:23-cv-01288-BO-RJ, 7:23-cv-01289-BO-KS, 7:23-cv-01290-D-RJ, 7:23-cv-01291-M-RJ, 7:23-cv-01292-D-KS, 7:23-cv-01293-BO-BM, 7:23-cv-01294-FL, 7:23-cv-01295-M-RN, 7:23-cv-01296-M-KS, 7:23-cv-01302-M-BM, 7:23-cv-01303-BO-RJ, 7:23-cv-01304-BO-RJ, 7:23-cv-01305-D-RN, 7:23-cv-01311-M-RN, 7:23-cv-01312-BO-RJ, 7:23-cv-01313-D-RN, 7:23-cv-01315-FL, 7:23-cv-01316-M-KS, 7:23-cv-01317-BO-RN, 7:23-cv-01320-BO-RJ, 7:23-cv-01321-M-RJ, 7:23-cv-01323-M-BM, 7:23-cv-01324-M-KS, 7:23-cv-01325-M-RN, 7:23-cv-01326-D-RJ, 7:23-cv-01327-BO-RN, 7:23-cv-01332-BO-BM, 7:23-cv-01333-M-KS, 7:23-cv-01334-D-BM, 7:23-cv-01335-M-KS, 7:23-cv-01336-M-RN, 7:23-cv-01337-D-BM, 7:23-cv-01338-BO-BM, 7:23-cv-01339-M-RN, 7:23-cv-01340-FL, 7:23-cv-01341-BO-BM, 7:23-cv-01342-M-RJ, 7:23-cv-01343-M-BM, 7:23-cv-01344-FL, 7:23-cv-01345-M-BM, 7:23-cv-01346-FL, 7:23-cv-01347-FL, 7:23-cv-01349-BO-RN, 7:23-cv-01350-M-BM, 7:23-cv-01351-M-KS, 7:23-cv-01352-M-RN, 7:23-cv-01353-FL, 7:23-cv-01358-M-BM, 7:23-cv-01359-D-RN, 7:23-cv-01360-BO-RN, 7:23-cv-01361-D-RJ, 7:23-cv-01362-BO-RJ, 7:23-cv-01363-BO-RN, 4:23-cv-00155-M-RJ, 7:23-cv-01365-BO-RN, 7:23-cv-01366-FL, 7:23-cv-01367-D-BM, 7:23-cv-01369-FL, 7:23-cv-01370-D-RN, 7:23-cv-01371-D-RJ, 7:23-cv-01372-M-BM, 7:23-cv-01389-M-RJ, 7:23-cv-01390-FL, 7:23-cv-01391-M-KS, 7:23-cv-01392-FL, 7:23-cv-01393-M-BM, 7:23-cv-01395-FL, 7:23-cv-01396-FL, 7:23-cv-01397-BO-RN, 7:23-cv-01399-FL, 7:23-cv-01428-D, 7:23-cv-01429-M, 7:23-cv-01431-D, 7:23-cv-01432-BO, 7:23-cv-01433-D, 7:23-cv-01436-FL, 7:23-cv-01437-D, 7:23-cv-01439-M, 7:23-cv-01440-M, 7:23-cv-01441-FL, 7:23-cv-01442-M, 7:23-cv-01443-BO, 7:23-cv-01444-M, 7:23-cv-01445-D, 7:23-cv-01446-D, 7:23-cv-01447-BO, 7:23-cv-01448-FL, 7:23-cv-01449-FL, 7:23-cv-01450-M, 7:23-cv-01451-FL, 5:23-cv-00554-FL

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.