# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:23-cv-01392-FL

| | |
|---|---|
| ANGELIA CLARK, | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Please take notice that the undersigned, Zina Bash, hereby enters a notice of special appearance as counsel for Angelia Clark in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, W. Michael Dowling.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: October 18, 2023

/s/ Zina Bash
Zina Bash
KELLER POSTMAN LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 620-8375
zina.bash@kellerpostman.com
Texas State Bar No. 24067505
Counsel for Angelia Clark

/s/ W. Michael Dowling
W. Michael Dowling
THE DOWLING FIRM PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
Fax: (919) 529-3351
mike@dowlingfirm.com
State Bar No. 42790
LR 83.1(d) Counsel for Angelia Clark (in association with Keller Postman LLC)